**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** June 21, 2019 |
| **USA v. Fraool Debela Gelan (NOT PRESENT)** | **Case Number:** 19-06309MJ-001 |

**U.S. Attorney:**  Ryan Ellersick (duty)
**Interpreter:** Lucinda Bush         **Language:** Spanish
**Material Witness(es)**
1 - Ruiz Lopez-Hernandez;  2 - Florencio Flores-Alonso
**Material Witness(es) state true name(s) to be**
1 - SAME;  2 - SAME
**Material Witness(es):**   ☒ Present        ☒ Custody

### INITIAL APPEARANCE – MATERIAL WITNESS(ES)

☒ Complaint Filed              **Date of Arrest:  June 20, 2019**

☐ Warrant Other District        ☐ Financial Affidavit taken        ☐ NO Financial Affidavit taken

☐ Counsel waives reading of the Complaint/Indictment

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.

☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒   18§ 3142(f)      ☐  18§ 3142(d)

IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.
OTHER:  Saul Huerta (CJA) is appointed to represent the material witness(es).

**Recorded By** Courtsmart                                              IA/MW      0 min
**Deputy Clerk** Cindy Stewart
                                                                    **Start:  1:31 pm**
                                                                    **Stop:   1:37 pm**